# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.: 4:00-595-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith B. Brannon, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 20, 2001, the Court sentenced the defendant to 87 months imprisonment followed by 3 years of supervised release. On October 13, 2005, the government filed a motion, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, to reduce the defendant's sentence based on his substantial assistance. On December 6, 2005, the Court granted the motion and reduced the sentence to time served. On May 5, 2006, the defendant filed a *pro se* motion for the early termination of his supervised release.

18 U.S.C § 3583(e) allows courts to terminate a term of supervised release only after the expiration of one year of supervised release. The defendant began his term of supervised release on December 9, 2005. The defendant has not served at least one year of supervised release. Consequently, the Court denies the motion.

**AND IT IS SO ORDERED.**

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

October 20, 2006
Charleston, South Carolina